UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN JOHNSON et al. | Case No. 14CR390<br><br>District Judge Milton I. Shadur |

**PETITION FOR *WRIT* OF *HABEAS CORPUS AD PROSEQUENDUM***

Now comes the UNITED STATES OF AMERICA by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name: KEVIN JOHNSON
> Date of Birth: REDACTED
> Sex: Male
> Race: White
> Jail/Prisoner #: M42382

has been and now is, in due form and process of law, detained in the following institution:

Vandalia Correctional Center, Vandalia, Illinois.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with a violation of Title 18, United States Code, Section 43 (damage to an animal enterprise), and is now wanted in such division and district on July 29, 2014, at 10:00 a.m., for an arraignment before District Judge Milton I. Shadur, in the courtroom usually occupied by said judge in the United States Courthouse, Chicago, Illinois.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Prosequendum* in this matter directed to the following persons:

| | |
|---|---|
| DARRYL K. McPHERSON | JIM LUTH |
| United States Marshal | Warden |
| Northern District of Illinois | Vandalia Correctional Center |
| 219 South Dearborn Street | U.S. 51 |
| Room 2444 – Federal Building | Vandalia, Illinois |
| Chicago, Illinois 60604 | |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said *Writ*, and that when the proceedings in this case have been concluded, that KEVIN JOHNSON be returned forthwith to said institution from which he was brought.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ *Bethany K. Biesenthal*
BETHANY K. BIESENTHAL
Assistant United. States Attorney
219 S. Dearborn St., Rm. 500
Chicago, IL 60604
(312) 886-7629