# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| United States of America | ) | |
| --- | --- | --- |
| Plaintiff | ) | Case No: 14 CR 390-1 |
| | ) | |
| v. | ) | |
| | ) | Judge: Milton I. Shadur |
| | ) | |
| Kevin Jonson | ) | |
| Defendant | ) | |
| | ) | |

## ORDER

Pursuant to government's petition for writ of habeas corpus ad prosequendum the U.S. Marshal is directed to produce prisoner Kevin Johnson on July 29, 2014, at 10:00 a.m. for an arraignment before District Judge Milton I. Shadur.

Date: 7/15/2014 /s/Milton I. Shadur