# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of: U.S. v. Kevin Johnson                Case Number:   14 CR 00390

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented) Kevin Johnson

| | |
|---|---|
| NAME (Type or print) Lillian M. McCartin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Lillian M. McCartin | |
| FIRM Lillian McCartin Attorney at Law | |
| STREET ADDRESS 2040 N. Milwaukee Ave. Suite 13 | |
| CITY/STATE/ZIP Chicago, Illinois 60647 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6303928 | TELEPHONE NUMBER (773) 727-3799 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL X (Assisting Michael E. Deutsch)