# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                             Case No.: 1:14–cr–00390
                                                                Honorable Milton I. Shadur

Kevin Johnson, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2014:

      MINUTE entry before the Honorable Milton I. Shadur as to Kevin Johnson: Motion hearing held on 10/15/2014. MOTION by counsel Abraham R. Wagner and Rachel Meeropol for leave to appear pro hac vice on behalf of Kevin Johnson [48],[53] is granted. Governments motion to detain defendant Kevin Johnson pending trial [41] is granted because no condition or combination of conditions will reasonably assure the safety of other persons and the community (See 18 U.S.C.§ 3142(e)(1). For the reasons stated on the record, immediately upon release from state custody defendant Johnson will be remanded to federal custody. MOTIONS for preservation of agent's notes [29],to issue subpoenas in forma pauperis [30], for disclosure of government witness list [31],for disclosure of government exhibit list[32], for disclosure of government's intention to use expert witness testimony [33],for disclosure of government's intention to use Rule 404(b) evidence [34],for disclosure of exculpatory and favorable evidence[35] taken under advisement. Time continues to be excluded pursuant to 18 USC §3161(h)(1)(D). Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.