# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff, v.**

No. 14 CR 390

**KEVIN JOHNSON and TYLER LANG**

Hon. Milton I. Shadur

**Defendants.**

## NOTICE OF MOTION

**TO: ALL COUNSEL OF RECORD**

       **PLEASE TAKE NOTICE** that on Wednesday, December 17, 2014 at 9:15 a.m. or as soon thereafter as we may be heard, I shall appear before the Honorable Judge Milton I. Shadur, in Courtroom 2303 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the Motion to Strike.

Respectfully, by
/s/Michael E. Deutsch
People's Law Office
1180 N. Milwaukee Ave.
Chicago IL, 60642
773-235-0070

**CERTIFICATE OF SERVICE:** Michael E. Deutsch, hereby certifies that he has filed the above Notice of Motion to the parties of record through the ECF system on December 15, 2014.
/s/ Michael E. Deutsch