UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER RELATING TO TELEPHONE NUMBER (310) 617-2280 ("SUBJECT PHONE 3") | No. 14 CR 390<br><br>Amy J. St. Eve<br>District Judge |

## ORDER TO SERVICE PROVIDER

THIS MATTER has come before the Court pursuant to an application by Bethany K. Biesenthal, an attorney for the government, which application relates to:

a. the telephone currently assigned telephone number (310) 617-2280, with service provided by Verizon (hereafter, "**Subject Phone 3**").

In its Application, the government requests that this Court enter an order granting the following relief:

- Requiring service providers to provide records reflecting the cell tower and antenna face ("cell site") used at the start and end of each call for **Subject Phone 3**, for the period from May 1, 2013, through November 4, 2014.

Upon consideration of the government's Application:

IT IS ORDERED, pursuant to Title 18, United States Code, Section 2703(d), that Verizon provide historical cell site information reflecting the cell tower and antenna face used at the start and end of each call, text message, and data transaction, including per call measurement data ("PCMD"), evolution data optimized ("EVDO"), Internet protocol detail record ("IPDR"), range-to-tower ("RTT") and tower distance information for **Subject Phone 3**, for the period from May 1, 2013 through August 14, 2013.

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 2706, that all service providers shall be compensated by the government at the prevailing rate for reasonable expenses incurred in furnishing the information, facilities and technical assistance necessary to comply with this Order, except, as provided in Title 18, United States Code, Section 2706(c), for providing records or other information maintained by the service provider that relate to telephone toll records and telephone listings.

IT IS FURTHER ORDERED that the furnishing of said information, facilities and technical assistance by service providers shall terminate after 60 days, measured from the day on which service providers begin to furnish such assistance pursuant to this Order, unless otherwise ordered by this Court.

ENTERED:

AMY J. ST EVE
District Judge
United States District Court
Northern District of Illinois

DATED: January 23, 2015