## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                            Case No.: 1:14–cr–00390
                                            Honorable Amy J. St. Eve

Kevin Johnson, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 7, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Tyler Lang: At defendant's unopposed request, Sentencing set for 12/8/15 is stricken and reset to 3/23/2016 at 09:15 AM. Sentencing memoranda and/or objections to the PSR shall be filed by 3/7/16. Parties must also include their proposed conditions of supervised release and reasons for those proposals. Responses to the sentencing memorandum and to the proposed conditions of release shall be filed by 3/14/16. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.