IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | No. 14 CR 390-2 |
| v. ) | |
| ) | Judge Amy J. St. Eve |
| Tyler Lang ) | |

DOCKETING STATEMENT

This is a direct appeal from a criminal conviction in federal district court. The prosecution was brought pursuant to 18 U.S.C. §§ 43(a)(2)(C) and 43(b)(2)(A). The district court had jurisdiction pursuant to 18 U.S.C. § 3231. The Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 18 U.S.C. § 3742 and 28 U.S.C. § 1291.

Mr. Lang pleaded guilty to count one of the indictment in this matter after the district court denied Mr. Lang and co-defendant Kevin Johnson's joint motion to dismiss the indictment. Both Mr. Lang and co-defendant Johnson entered into conditional plea agreements in the district court that preserved their right to appeal the district court's order denying defendants' joint motion to dismiss the indictment.

Final judgment entered against co-defendant Johnson on February 29, 2016, and he timely filed his notice of appeal. That appeal is currently pending in the Seventh Circuit in case number 16-1459.

Final judgment entered against Mr. Lang on March 23, 2016. No motions that would toll the time for the filing of an appeal have been filed. Mr. Lang filed his notice of

appeal on March 30, 2016. Such notice is timely pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A)(i).

                                                                        Respectfully submitted,

                                                                        *s/ Carol A. Brook*  
                                                                        FEDERAL DEFENDER PROGRAM  
                                                                        Carol A. Brook,  
                                                                        Executive Director

Carol A. Brook  
Federal Defender Program  
55 East Monroe Street, Suite 2800  
Chicago, Illinois 60603  
(312) 621-8300

CERTIFICATE OF SERVICE

  The undersigned, Carol A. Brook, an attorney with the Federal Defender Program hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**Docketing Statement**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail/hand delivery on **March 30, 2016**, to counsel/parties that are non-ECF filers.

            s/ Carol A. Brook
            FEDERAL DEFENDER PROGRAM
            Carol A. Brook,
            Executive Director

Carol A. Brook
Federal Defender Program
55 East Monroe Street, Suite 2800
Chicago, Illinois 60603
(312) 621-8300